1

2

3

4

5 UNITED STATES DISTRICT COURT

6 EASTERN DISTRICT OF CALIFORNIA

7

8 DARONTA TYRONE LEWIS,      1:21-cv-00188 SAB (PC)

9      Plaintiff,

10      v.      ORDER TO SUBMIT APPLICATION
TO PROCEED IN FORMA PAUPERIS
OR PAY FILING FEE WITHIN 45 DAYS

11 M. VELASQUEZ-MIRANDA, et al.,

12      Defendant.

13

14      Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

15 § 1983.  Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed in

16 forma pauperis pursuant to 28 U.S.C. § 1915.

17      Accordingly, IT IS HEREBY ORDERED that:

18      Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

19 attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

20 the $402.00 filing fee for this action. **No requests for extension will be granted without a**

21 **showing of good cause.  Failure to comply with this order will result in dismissal of this**

22 **action.**

23 IT IS SO ORDERED.

24

25 Dated:   **February 23, 2021**

         UNITED STATES MAGISTRATE JUDGE

26

27

28

     1