UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA TYRONE LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>M. VELASQUEZ-MIRANDA and N. HOLETS,<br><br>Defendants. | No. 1:21-cv-00188-NONE-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 11) |

Plaintiff Daronta Tyrone Lewis is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff filed the instant action on February 16, 2021. (Doc. No. 1.) On April 12, 2021, the assigned magistrate judge screened plaintiff's complaint, found that plaintiff stated a cognizable retaliation claim against defendants J. Velasquez-Miranda and N. Holets; a cognizable excessive force claim against defendants J. Velasquez-Miranda, N. Holets, Lara, and Shelton; and cognizable state law claims for battery and assault against defendants J. Velasquez-Miranda, N. Holets, Lara, and Shelton; and granted plaintiff the opportunity to file an amended complaint or notify the court of his intent to proceed only on the claims found to be cognizable by the screening order. (Doc. No. 8.) On April 28, 2021, plaintiff notified the court that he wished to proceed only on the claims found to be cognizable and to dismiss all other claims. (Doc. No. 9.)

1

Therefore, on April 29, 2021, the assigned magistrate judge issued findings and recommendations recommending that this action proceed only on plaintiff's retaliation claim against defendants J. Velasquez-Miranda and N. Holets; the excessive force claim against defendants J. Velasquez-Miranda, N. Holets, Lara, and Shelton; and the state law claims for battery and assault against defendants J. Velasquez-Miranda, N. Holets, Lara, and Shelton. (Doc. No. 11.) It was further recommended that all other claims and defendants be dismissed from the action. (*Id*.) Those findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. (*Id.* at 2.)

Plaintiff filed two documents on May 3, 2021: objections to the findings and recommendations, (Doc. No. 12), and a notice to proceed on cognizable claims, (Doc. No. 13). On May 10, 2021, plaintiff again filed objections to the findings and recommendations. (Doc. No. 14.)

For the most part, plaintiff's May 3, 2021 objections do not address the merits of his claims or the pending findings and recommendations. First, to the extent he objects to the magistrate judge's reasoning, plaintiff appears to be confused. Plaintiff argues that the magistrate judge erred by failing to find liability under the theory of *respondeat superior* or for negligent hiring, but plaintiff's 248-page complaint does not appear to assert any claims against any employer or supervisor. (*See* Doc. Nos. 1; 12 at 4.) Rather, the magistrate judge found in the screening order that plaintiff's complaints brought state- and federal-law claims against all defendants. Next, to the extent plaintiff seeks relief in addition to that sought in his complaint, he must file a motion for such relief, not merely objections to the pending findings and recommendations. Plaintiff's May 10, 2021 objections fail to persuade the undersigned that the findings and recommendations should be rejected for similar reasons. (*See* Doc. No. 14.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly,

1. The findings and recommendations issued on April 29, 2021 (Doc. No. 11) are adopted;

2. This action shall proceed on the retaliation claim against defendants J. Velasquez-Miranda and N. Holets; excessive force claim against defendants J. Velasquez-Miranda, N. Holets, Lara, and Shelton; and the state-law claims for battery and assault against defendants J. Velasquez-Miranda, N. Holets, Lara, and Shelton;

3. All other claims and defendants are dismissed from the action for failure to state a cognizable claim for relief; and

4. This case is referred back to the assigned magistrate judge for further proceedings consistent herewith.

IT IS SO ORDERED.

Dated: **May 20, 2021**

UNITED STATES DISTRICT JUDGE